NEW-YORK,
May, 1829.

Anonymous.

## HICKS *vs.* KNICKERBACKER.

Where there are not eight days between the adjournment of a circuit and the first day of the next term, the defendant is not bound to give notice of motion for judgment as in case of nonsuit for a subsequent day in the first week of term, but may apply at a subsequent term.

MOTION for judgment as in case of nonsuit. Issue was joined in January, 1828. The cause was not noticed for trial at the last February circuit in Albany, where the venue was laid. The circuit commenced on the *third* day of February, and adjourned on the *twelfth*. The February term of this court commenced on the *sixteenth* day of the month, and notice might have been given for a day in the first week of the term, according to the provisions of the rules of October term, 1827, which was objected in opposition to the motion.

*J. Pierson*, for defendant.

*P. S. Parker*, for plaintiff.

*By the Court,* SUTHERLAND, J. The defendant might have given notice after the adjournment of the circuit for a day in the first week of term, but he was not bound to do so. Not being able to give notice for the first day of term after the adjournment of the circuit, he was under no necessity of noticing his motion for a subsequent day in term, but might wait until the next term. The defendant is entitled to judgment as in case of nonsuit, unless the plaintiff stipulates and pays the costs.

---

## ANON.

Ignorance of the rule of court requiring *eight days notice* of motion, will not be received as an excuse for not giving sufficient notice.

IGNORANCE of the rule of court requiring *eight days notice* of motions, will not be received as an excuse for not giving sufficient notice.